No. 78–103.   SMITH v. FORRESTER, DBA IDEAL HOME & DEVELOPMENT.   Ct. App. Ga.   Certiorari denied.

No. 78–105.   GORDON v. GORDON.   Sup. Ct. Okla.   Certiorari denied.

No. 78–106.   HANSON v. UNITED STATES STEEL CORP.   C. A. 7th Cir.   Certiorari denied.

No. 78–109.   THOMPSON v. KENTON COUNTY BOARD OF ELECTIONS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 78–111.   UNITED MINE WORKERS OF AMERICA v. SCOTIA COAL CO.   C. A. 6th Cir.   Certiorari denied.

No. 78–112.   MIEBACH v. UNITED STATES; and
No. 78–5082.   MARAVILLA v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Reported below: 577 F. 2d 753.

No. 78–113.   BOYD v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 78–115.   INLAND OIL & TRANSPORT CO. v. ADAMS, SECRETARY OF TRANSPORTATION, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 78–116.   OKLAHOMA PUBLISHING CO. ET AL. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.; and OKLAHOMA PUBLISHING CO. ET AL. v. WALSH, ACTING CHAIRMAN, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 10th Cir.   Certiorari denied.   Reported below: 579 F. 2d 66 (second case).